IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| REGINALD ROBINSON, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:14-cv-00527-SWW |
| | * | |
| | * | |
| MIDLAND FUNDING, LLC, | * | |
| | * | |
| Defendant. | * | |

### ORDER

The motion [doc.#8] of plaintiff Reginald Robinson to dismiss this action with prejudice is hereby granted.

IT IS SO ORDERED this 25th day of November 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE